# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACQUELINE CADET,
                    **Plaintiff,**

-vs-                                                Case No. 6:06-cv-1069-Orl-18UAM

**SAFECO INSURANCE COMPANY OF AMERICA,**
                    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS (Doc. No. 12)**
>
> **FILED:**       May 18, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Jacqueline Cadet seeks attorney's fees and costs incurred in prosecuting this action, but she failed to comply with Local Rule 3.01(g); failed to request a specific amount of fees and costs; and failed to provide evidentiary support for the motion. In addition, the motion is premature. The

case is still stayed, and final judgment has not been entered in favor of either party. *See* Doc. Nos. 8, 9, 10.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties