UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELINE CADET,
          Plaintiff,

-vs-                                            Case No. 6:06-cv-1069-Orl-18UAM

SAFECO INSURANCE COMPANY OF
AMERICA,
          Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motions:

| MOTION: | FIRST MOTION TO REOPEN CASE (Doc. No. 16) |
|---|---|
| FILED: | June 15, 2007 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

| MOTION: | PLAINTIFF'S MOTION TO LIFT STAY (Doc. No. 17) |
|---|---|
| FILED: | June 15, 2007 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

    On May 10, 2007, Defendant filed its second motion to dismiss, asking the district court to "dismiss this case with prejudice and, in essence, deny any validity towards [Plaintiff] in any attempt for recovery of [a]ttorney's fees and costs." Doc. No. 11 at 8. On June 5, 2007, the district court granted the motion in its entirety and dismissed the case with prejudice. Doc. No. 15. Subsequent to

the dismissal of the case, Plaintiff filed a motion, requesting "entry of an Order re-instating the case for purposes of entering final judgment for the Plaintiff and determining entitlement to attorney's fees and costs . . ." Doc. No. 16. On the same day, Plaintiff filed another motion, requesting "entry of an Order lifting the stay, entering final judgment for the Plaintiff and determining entitlement to attorney's fees and costs . . ." Doc. No. 17. Defendant opposes both motions. Doc. Nos. 18, 19.

The district court has dismissed the case, and Plaintiff, as the losing party, has shown no entitlement to attorney's fees and costs. To the extent that Plaintiff seeks relief from the dismissal order entered against her, she has also failed to demonstrate any reason justifying relief from the order. *See* Fed. R. Civ. P. 60(b). Accordingly, it is hereby

**RECOMMENDED** that Plaintiff's Motion to Re-Instate Case (Doc. No. 16) and Motion to Lift Stay (Doc. No. 17) be **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July ___, 2007.

Donald P. Dietrich
United States Magistrate Judge

Copies furnished to:

The Honorable G. Kendall Sharp
Counsel of Record
Unrepresented Party
Courtroom Deputy