**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JACQUELINE CADET,**
          **Plaintiff,**

**-vs-**                                 **Case No.  6:06-cv-1069-Orl-18UAM**

**SAFECO INSURANCE COMPANY OF**
**AMERICA,**
          **Defendant.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation (Doc. 20) of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and SO ORDERED**.

It is **SO ORDERED** in Orlando, Florida, this 23rd day of July, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge